United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                    Case No. 16-17145-elf
Manfred W. Galonska                        Chapter 13
  Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: jch       Page 1 of 1       Date Rcvd: Dec 19, 2016
             Form ID: 175      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2016.
db      +Manfred W. Galonska,  231 Bethel Church Road,  Spring City, PA 19475-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2016                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2016 at the address(es) listed below:
      DENISE ELIZABETH CARLON  on behalf of Creditor  Ditech Financial LLC bkgroup@kmllawgroup.com
      JOSEPH L QUINN  on behalf of Debtor Manfred W. Galonska CourtNotices@sjr-law.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER  ecfemails@ph13trustee.com, philaecf@gmail.com
                                                        TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Manfred W. Galonska
    Debtor(s)

Case No: 16−17145−elf
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for Failure to Pay Final
Installment Payment of $155.00

will be held before the Honorable Eric L. Frank ,United States Bankruptcy Court

on: 1/3/17

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: December 19, 2016

17
Form 175