# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-17145-ELF

MANFRED W. GALONSKA

231 Bethel Church Road

Spring City, PA 19475

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    MANFRED W. GALONSKA

    231 Bethel Church Road

    Spring City, PA 19475

Counsel for debtor(s), by electronic notice only.

    JOSEPH L QUINN
    152 E HIGH ST
    SUITE 100
    POTTSTOWN, PA 19464-

    /S/ William C. Miller

Date: 12/27/2016

    William C. Miller, Esquire
    Chapter 13 Standing Trustee