## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Manfred W. Galonska, | : | Chapter 13 |
| Debtor | : | Case No.:  16-17145-elf |

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Amended Chapter 13 Plan dated and docketed April 10, 2017 was forwarded to the following parties, as follows:

*Via First Class United States Mail on April 10, 2017:*

James M. Smith, Esq.
Berks Fire Water Restorations, Inc.
PO Box 626
Fleetwood, PA 19522

Veronica Sorrell, Bankr. Specialist
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Nicole Amolsch, Chief
Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

*Via Electronic Filing (ECF) on April 10, 2017:*

Denise Elizabeth Carlon, Esquire on behalf of Ditech Financial LLC
bkgroup@kmllawgroup.com

William C. Miller, Esquire, Standing Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**LAW OFFICE OF STEPHEN J. ROSS, PC**

By:  */s/ Joseph Quinn*_____
       Joseph Quinn, Esquire

                                                    Attorney I.D. No. 307467
                                                    152 E. High Street, Suite 100
                                                    Pottstown, PA 19464
                                                    T: 610.323.5300
                                                    F: 610.323.6081
                                                    JQuinn@SJR-LAW.com
Date:  <u>April 10, 2017</u>                  Counsel for Debtor