## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Manfred W. Galonska,  :  Chapter 13
            Debtor  :  Case No.:  16-17145-elf

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Amended Chapter 13 Plan dated and docketed April 11, 2017 was forwarded to the following parties, as follows:

*Via First Class United States Mail on April 11, 2017:*

James M. Smith, Esq.
Berks Fire Water Restorations, Inc.
PO Box 626
Fleetwood, PA 19522

Veronica Sorrell, Bankr. Specialist
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Nicole Amolsch, Chief
Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

*Via Electronic Filing (ECF) on April 11, 2017:*

Denise Elizabeth Carlon, Esquire on behalf of Ditech Financial LLC
bkgroup@kmllawgroup.com

William C. Miller, Esquire, Standing Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**LAW OFFICE OF STEPHEN J. ROSS, PC**

By:    */s/ Joseph Quinn*_____
           Joseph Quinn, Esquire

                Attorney I.D. No. 307467
                152 E. High Street, Suite 100
                Pottstown, PA 19464
                T: 610.323.5300
                F: 610.323.6081
                JQuinn@SJR-LAW.com
Date: <u>April 11, 2017</u>        Counsel for Debtor