# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-17145-ELF

MANFRED W. GALONSKA

231 BETHEL CHURCH ROAD

SPRING CITY, PA 19475

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    MANFRED W. GALONSKA

    231 BETHEL CHURCH ROAD

    SPRING CITY, PA 19475

Counsel for debtor(s), by electronic notice only.

    JOSEPH L QUINN
    152 E HIGH ST
    SUITE 100
    POTTSTOWN, PA 19464-

                                               /S/ William C. Miller
Date: 12/28/2017                                    _____

                                                 William C. Miller, Esquire
                                                 Chapter 13 Standing Trustee