United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                         Case No. 16-17145-elf
Manfred W. Galonska                                            Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi              Page 1 of 1           Date Rcvd: Feb 07, 2018
                              Form ID: pdf900          Total Noticed: 15
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2018.
db             +Manfred W. Galonska,    231 Bethel Church Road,    Spring City, PA 19475-9657
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13805054       +Berks Fire Water Restorations Inc,    c/o James M. Smith, Esq.,    PO Box 626,
                 Fleetwood, PA 19522-0626
13805055        Commonwealth of PA Dept. of Revenue,    PO Box 280432,    Harrisburg, PA 17128-0432
13819594       +Ditech Fin. LLC,    c/o Denise Carlon, Esq.,    KML Law Group P.C.,    701 Market St., Ste. 1000,
                 Phila., PA 19106-1538
13805056       +Ditech Financial LLC,    1100 Virgina Drive,    Suite 100A,    Fort Washington, PA 19034-3276
13899699       +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13805058       +Smith Law Group, LLC,    14133 Kutztown Road,    PO Box 626,    Fleetwood, PA 19522-0626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Feb 08 2018 01:34:27     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 08 2018 01:34:21     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2018 01:29:34     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13867766        E-mail/Text: bankruptcy.bnc@ditech.com Feb 08 2018 01:34:06
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13805057        E-mail/Text: cio.bncmail@irs.gov Feb 08 2018 01:34:05     Internal Revenue Serivce,
                 PO Box 7346,    Phila., PA 19101-7346
13835309       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 08 2018 01:34:13
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13805312        E-mail/PDF: rmscedi@recoverycorp.com Feb 08 2018 01:29:35
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2018 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              JOSEPH L QUINN    on behalf of Debtor Manfred W. Galonska CourtNotices@sjr-law.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MANFRED W. GALONSKA                                Chapter 13

                        Debtor           Bankruptcy No. 16-17145-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: February 7, 2018**            _____
                                       Eric L. Frank
                                       ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN
152 E HIGH ST
SUITE 100
POTTSTOWN, PA 19464-


Debtor:
MANFRED W. GALONSKA

231 BETHEL CHURCH ROAD

SPRING CITY, PA 19475